# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARVA L. GRIM,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>MICHAEL J. ASTRUE,<br>COMMISSIONER OF SOCIAL<br>SECURITY ADMINISTRATION,<br><br>　　　　Defendant. | NO. CV 06-0044 FMO<br><br><br><br>**JUDGMENT** |

**IT IS ADJUDGED** that plaintiff's counsel be awarded attorney's fees in the amount of Ten Thousand dollars and zero cents ($10,000.00).  In light of the previous payment of EAJA fees, Lawrence Rohlfing shall reimburse plaintiff the amount of Five Thousand dollars and zero cents ($5,000.00).

Dated this 1st day of November, 2011.

　　　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　Fernando M. Olguin
　　　　　　　　　　　　　　　　　United States Magistrate Judge